IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ABEL MESA,

    Plaintiff,

v.

PAT KIEHL and JVS HOSPITALITY GROUP, INC.,

    Defendants.

CIVIL ACTION FILE

NO. 1:17-CV-0693-SCJ

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Catherine M. Salinas [Doc. No. 6], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, it is hereby **ORDERED** that Plaintiff's Complaint is dismissed against Defendant JVS Hospitality Group, Inc. for failure to serve, provide proof of service, and failure to prosecute, pursuant to Federal Rules of Civil Procedure 4(l) and 4(m), and Local Rule 41.3. It is further **ORDERED** that Defendant Pat Kiehl's motion to dismiss Plaintiff's Complaint [Doc. No. 5] is hereby **GRANTED**. As there are no other matters pending before this Court, this civil action is hereby **TERMINATED**.

**IT IS SO ORDERED**, this 10th day of October, 2017.

                                           <u>s/Steve C. Jones                  </u>
                                           STEVE C. JONES
                                           UNITED STATES DISTRICT JUDGE